1    HONORABLE THOMAS S. ZILLY

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9    AT SEATTLE

10   MOD SUPER FAST PIZZA, LLC, a Delaware
     Corporation,                                    Case No.:  2:12-cv-01359-TSZ
11
                    Plaintiff,                        ORDER GRANTING MOTION TO
12                                                    COMPEL RESPONSE TO INQUIRY
            v.                                        REGARDING OWNERSHIP
13                                                    STRUCTURE
     CARL CHANG, et al,
14
                    Defendants
15

16          THIS MATTER came before the Court on MOD's motion to compel response to inquiry

17   regarding ownership structure on October 18, 2013, docket no. 62. Having reviewed the motion,

18   the Declaration of Theresa H. Wang and the exhibits attached thereto, Defendants' response if

19   any, MOD's reply if any, and the pleadings and files of record, and being fully advised, NOW

20   THEREFORE,

21

22

23

24

25

26

ORDER GRANTING MOTION TO COMPEL RESPONSE TO INQUIRY
REGARDING OWNERSHIP STRUCTURE - 2:12-cv-01359-TSZ

52258-002\ MOD 12-1359 Ord8                          -1-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1    IT IS HEREBY ORDERED that MOD's motion to compel response to inquiry regarding

2  ownership structure is GRANTED. Defendants shall respond to MOD's inquiries regarding the

3  ownership structure of Defendant business entities and provide specific answers to MOD's

4  Request for Production No. 19 promulgated to all Defendants, MOD's Interrogatory No. 4 issued

5  to Defendant Pieology Spectrum, LLC, and MOD's 30(b)(6) deposition topic as posed to

6  Defendant Little Brown Box Pizza, LLC, within fourteen (14) days of entry of this Order.

7    IT IS FURTHER ORDERED THAT pursuant to Fed. R. Civ. P. 37(a) Plaintiff is

8  awarded reasonable attorneys' fees and costs of $1000.00 incurred in bringing the motion to

9  compel response to inquiry regarding ownership structure and replying in support of that motion.

10   DATED this 12th day of November, 2013.

11

12

13   THOMAS S. ZILLY

14   United States District Judge

Presented by:

15
STOKES LAWRENCE, P.S.

16

17

By:  *s/ Theresa H. Wang*
18      David A. Linehan (WSBA #34281)
        Theresa H. Wang (WSBA #39784)
19  Attorneys for Plaintiff MOD Super Fast Pizza, LLC

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO COMPEL RESPONSE TO INQUIRY
REGARDING OWNERSHIP STRUCTURE - 2:12-cv-01359-TSZ

52258-002\ MOD 12-1359 Ord8                    -2-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000