THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOD SUPER FAST PIZZA, LLC, a Delaware corporation,

                Plaintiff,

    v.

CARL CHANG, et al.

              Defendants.

AND RELATED COUNTERCLAIMS

CASE NO. 12-CV-01359-TSZ

**THE LITTLE BROWN BOX PIZZA, LLC'S ANSWER TO SECOND AMENDED COMPLAINT**

**JURY DEMAND**

       Defendant The Little Brown Box Pizza, LLC ("LBBP"), for itself and for no other defendant, hereby submits its Answer to plaintiff MOD Super Fast Pizza, LLC's ("MOD") Second Amended Complaint (the "Complaint").  Unless indicated differently, each paragraph below corresponds with the paragraph of the Complaint bearing the same number. To the extent that the unnumbered paragraphs, captions, and/or headings in the Complaint are treated as allegations, such paragraphs, captions, and headings are hereby denied.

       1.     LBBP admits that MOD purports to bring claims for trade dress infringement, misappropriation of trade secrets, and tortious interference with contractual relations, breach of contract, civil conspiracy, and permanent injunctive relief, but denies that MOD's claims have any merit.

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER

1    2.    LBBP admits that it owns and operates pizza restaurants in Southern

2  California under the name "Pieology Pizzeria."  LBBP admits that Pieology Pizzeria is not

3  connected to, affiliated with, or authorized by MOD.  Except as expressly admitted and

4  alleged herein, LBBP denies each and every allegation contained in the corresponding

5  paragraph of the Complaint.

6                                    **I. PARTIES**

7    1.    LBBP lacks sufficient knowledge or information regarding the allegations

8  contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

9  basis, denies all such allegations.

10    2.    LBBP admits that Carl Chang is a resident of Southern California.  Except as

11  expressly admitted and alleged herein, LBBP denies the allegations contained in the

12  corresponding paragraph of the Complaint.

13    3.    LBBP lacks sufficient knowledge or information regarding the allegations

14  contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

15  basis, denies all such allegations.

16    4.    LBBP admits that Pieology Spectrum, LLC is a limited liability company

17  organized under the laws of the State of Delaware, with its principal place of business in

18  Rancho Santa Margarita, California.  Except as expressly admitted and alleged herein,

19  LBBP denies the allegations contained in the corresponding paragraph of the Complaint.

20    5.    LBBP admits that The Little Brown Box, LLC is a limited liability company

21  organized under the laws of the State of Delaware, with its principal place of business in

22  Rancho Santa Margarita, California.  LBBP admits that Pieology Spectrum, LLC is wholly-

23  owned by LBBP.  Except as expressly admitted and alleged herein, LBBP denies the

24  allegations contained in the corresponding paragraph of the Complaint.

25    6.    LBBP admits that Pieology Franchise, LLC is a limited liability company

26  organized under the laws of the State of Delaware, with its principal place of business in

27  Rancho Santa Margarita, California.  LBBP admits that Pieology Franchise, LLC is wholly-

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

JMBM | Jeffer Mangels Butler & Mitchell LLP

owned by LBBP, which is its sole member.  Except as expressly admitted and alleged herein, LBBP denies the allegations contained in the corresponding paragraph of the Complaint.

## II.   JURISDICTION AND VENUE

1.      The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from LBBP.  To the extent a response is required, LBBP admits that this Court has subject matter jurisdiction over  the claims alleged in the Complaint.

2.      The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from LBBP.  To the extent a response is required, LBBP denies that venue is proper in this judicial district.

3.      The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from LBBP.  To the extent a response is required, LBBP denies the allegations contained in the corresponding paragraph of the Complaint.

## III. FACTS

### CREATION AND DEVELOPMENT OF MOD'S

### TRADE DRESS AND TRADE SECRETS.

1.      LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

2.      LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

3.      LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 3
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

4.      LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

5.      LBBP denies that MOD restaurants feature a distinctive, non-functional combination of design, look, feel, menu, and style of service.  LBBP lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

6.      LBBP denies that MOD owns any protectable trade dress.  LBBP denies that MOD uses a distinctive, non-functional combination of features.  LBBP lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

7.      LBBP admits that the articles quoted in the corresponding paragraph of the Complaint in all respects speak for themselves.  LBBP denies that MOD owns any protectable trade dress.  LBBP denies that the "recognition and popularity of the MOD trade dress is evident" from the articles quoted in the corresponding paragraph of the Complaint.  LBBP lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

8.      LBBP denies each and every allegation contained in the corresponding paragraph of the Complaint.

9.      LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

**DEFENDANTS' BACKGROUND WITH MOD**

10.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

11.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

12.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

13.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

14.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

15.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

16.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

17.    LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

18.    LBBP admits that LBBP and James Markham entered an agreement on or about March 1, 2010, and that that agreement in all respects speaks for itself.  Except as

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 5
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

1    expressly admitted and alleged herein, LBBP denies the remaining allegations of the

2    corresponding paragraph of the Complaint.

3         19.    LBBP admits that LBBP and James Markham entered an agreement on or

4    about June 21, 2010, and that that agreement in all respects speaks for itself.  LBBP admits

5    that LBBP complied with its obligations under the agreement, and that it claims ownership

6    of the assets purchased therein.  Except as expressly admitted and alleged herein, LBBP

7    denies the remaining allegations of the corresponding paragraph of the Complaint.

8         20.    LBBP lacks sufficient knowledge or information regarding the allegations

9    contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

10   basis, denies all such allegations.

11        21.    LBBP lacks sufficient knowledge or information regarding the allegations

12   contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

13   basis, denies all such allegations.

14                     **DEFENDANTS' UNLAWFUL ACTIVITIES**

15        22.    LBBP admits that Pieology Spectrum, LLC was formed in March 2010.

16   LBBP admits that the agreements between defendants and Mr. Markham in all respects

17   speak for themselves.  LBBP lacks sufficient knowledge or information regarding the

18   remaining allegations contained in the corresponding paragraph of the Complaint to admit or

19   deny, and, on that basis, denies all such allegations.

20        23.    LBBP admits that LBBP and James Markham entered into an agreement on

21   or about June 21, 2010, and that that agreement in all respects speaks for itself.  LBBP

22   admits that LBBP complied with its obligations under the agreement, and that it claims

23   ownership of the assets purchased therein.  LBBP lacks knowledge or information sufficient

24   to admit or deny the remaining allegations of the corresponding paragraph of the Complaint,

25   and, on that basis, denies all such allegations.

26        24.    LBBP admits that Pieology Pizzeria in Fullerton, California opened in 2011.

27   LBBP denies utilizing, relying on, sharing, taking advantage of, exploiting, or

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

1   communicating to third parties any confidential information or trade secrets belonging to

2   MOD. LBBP lacks sufficient knowledge or information regarding the allegations contained

3   in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies

4   all such allegations.

5          25.    LBBP admits that James Markham is not a member of Pieology Spectrum,

6   LLC, and that he has no ownership interest in or professional role with Pieology Pizzeria.

7   LBBP admits that Carl Chang has an indirect ownership interest in Pieology Spectrum,

8   LLC, and Pieology Pizzeria, and that he is involved in the operation of the same. LBBP

9   denies that it is engaging in the "unauthorized exploitation of MOD's intellectual property,

10  including its trade dress, trade secrets, [or] confidential information." LBBP lacks sufficient

11  knowledge or information regarding the allegations contained in the corresponding

12  paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

13         26.    LBBP admits that the Pieology website states that, *inter alia*, "Pieology

14  prides itself on providing the best tasting, healthiest kustom pizza in the world. Using only

15  the freshest ingredients, Pieology provides smoking hot pizzas in under 5 minutes." LBBP

16  further admits that the Pieology website in all respects speaks for itself.

17         27.    LBBP denies that Pieology's design, look, feel, menu, and/or style of service

18  are confusingly similar to MOD's restaurants.

19                a.     LBBP admits that Pieology offers individualized pizzas, made to

20  order, cooked at a temperature sufficient to cook a pizza in approximately five minutes, in

21  ovens visible to the customer, and served within approximately five minutes. LBBP lacks

22  sufficient knowledge or information about MOD's restaurants to admit or deny the

23  allegations regarding MOD's restaurants, and, on that basis, denies those allegations.

24  Except as expressly admitted and alleged herein, LBBP denies the allegations contained in

25  the corresponding paragraph of the Complaint.

26                b.     LBBP admits that Pieology offers plain cheese pizza at one price, and

27  that it offers pizzas with unlimited toppings at a second price. LBBP lacks sufficient

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 7
CASE NO.: 12-CV-01359-TSZ

LA 10120649v1

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1  knowledge or information about MOD's restaurants to admit or deny the allegations

2  regarding MOD's restaurants, and, on that basis, denies those allegations.

3          c.      LBBP admits Pieology offers seven pizzas with pre-determined

4  toppings, that it identifies these pizzas by number, and that six of these pizzas are the same

5  price as pizza with unlimited toppings.  LBBP admits that the Pieology's #3 pizza has bbq

6  sauce, chicken, mozzarella, gorgonzola, red onion, and cilantro.  LBBP lacks sufficient

7  knowledge or information about MOD's restaurants to admit or deny the allegations

8  regarding MOD's restaurants, and, on that basis, denies those allegations.  Except as

9  expressly admitted and alleged herein, LBBP denies the allegations contained in the

10  corresponding paragraph of the Complaint.

11          d.      LBBP admits that Pieology offers "strips" made from pizza dough

12  and topped with either herb butter or a cinnamon sugar sauce.  LBBP lacks sufficient

13  knowledge or information about MOD's restaurants to admit or deny the allegations

14  regarding MOD's restaurants, and, on that basis, denies those allegations.  Except as

15  expressly admitted and alleged herein, LBBP denies the allegations contained in the

16  corresponding paragraph of the Complaint.

17          e.      LBBP admits that Pieology offers salads.  LBBP lacks sufficient

18  knowledge or information about MOD's restaurants to admit or deny the allegations

19  regarding MOD's restaurants, and, on that basis, denies those allegations.

20          f.      LBBP denies each and every allegation contained in the

21  corresponding paragraph of the Complaint.

22          g.      LBBP denies each and every allegation contained in the

23  corresponding paragraph of the Complaint.

24          h.      LBBP admits that, at one time, Pieology sold individually wrapped

25  Hostess "Ding Dongs" for $1.00.  LBBP admits that Pieology displayed the Ding Dongs on

26  a circular place near the cash register.  LBBP lacks sufficient knowledge or information

27  about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and,

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1    on that basis, denies those allegations.  Except as expressly admitted and alleged herein,

2    LBBP denies the allegations contained in the corresponding paragraph of the Complaint.

3               i.     LBBP admits that Pieology serves its pizzas on a round tray lined

4    with paper with the customer's name written in black marker, and that a server shouts the

5    customer's name when an order is ready.  LBBP lacks sufficient knowledge or information

6    about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and,

7    on that basis, denies those allegations.  Except as expressly admitted and alleged herein,

8    LBBP denies the allegations contained in the corresponding paragraph of the Complaint.

9               j.     LBBP lacks sufficient knowledge or information about the allegations

10   in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies

11   all such allegations.

12        28.     LBBP denies each and every allegation contained in the corresponding

13   paragraph of the Complaint.

14        29.     LBBP lacks sufficient knowledge or information regarding the allegations

15   contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

16   basis, denies all such allegations.

17        30.     To the extent that the allegations in the corresponding paragraph of the

18   Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

19   knowledge or information regarding the remaining allegations contained in the

20   corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

21   such allegations.

22        31.     LBBP admits that the Pieology website states that it is "fast expanding."

23   LBBP admits that it is pursuing opportunities for additional locations and potential franchise

24   opportunities, and further admits that Franchise has entered into franchise agreements and

25   development rights agreements on behalf of Defendants.  LBBP admits that Franchise was

26   formed in 2012, and further admits that Franchise receives franchise fees and royalties from

27

JMBM | Jeffer Mangels Butler & Mitchell LLP

1  franchisees.  Except as expressly admitted and alleged herein, LBBP denies the allegations

2  contained in the corresponding paragraph of the Complaint.

3              **IV.  CLAIMS AND CAUSES OF ACTION**

4          **Count 1: Trade Dress Infringement Under 15 U.S.C. § 1125(a)**

5          1.      In response to the corresponding paragraph of the Complaint, LBBP hereby

6  repeats and incorporates herein by reference the responses to the preceding paragraphs, as

7  though fully set forth herein.

8          2.      LBBP denies each and every allegation contained in the corresponding

9  paragraph of the Complaint.

10         3.      LBBP denies each and every allegation contained in the corresponding

11  paragraph of the Complaint.

12         4.      LBBP denies each and every allegation contained in the corresponding

13  paragraph of the Complaint.

14         5.      LBBP denies that MOD has been damaged.  To the extent that the allegations

15  in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those

16  allegations.  LBBP lacks sufficient knowledge or information regarding the remaining

17  allegations contained in the corresponding paragraph of the Complaint to admit or deny,

18  and, on that basis, denies all such allegations.

19         6.      LBBP denies that MOD has been damaged.  To the extent that the allegations

20  in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those

21  allegations.  LBBP lacks sufficient knowledge or information regarding the remaining

22  allegations contained in the corresponding paragraph of the Complaint to admit or deny,

23  and, on that basis, denies all such allegations.

24        **Count 2: Misappropriation of Trade Secrets Under RCW 19.108 *et seq.***

25         7.      In response to the corresponding paragraph of the Complaint, LBBP hereby

26  repeats and incorporates herein by reference, the responses to the preceding paragraphs, as

27  though fully set forth herein.

1    8.    LBBP lacks sufficient knowledge or information regarding the allegations

2  contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

3  basis, denies all such allegations.

4    9.    LBBP lacks sufficient knowledge or information regarding the allegations

5  contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

6  basis, denies all such allegations.

7    10.    LBBP lacks sufficient knowledge or information regarding the allegations

8  contained in the corresponding paragraph of the Complaint to admit or deny, and, on that

9  basis, denies all such allegations.

10    11.    To the extent that the allegations in the corresponding paragraph of the

11  Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

12  knowledge or information regarding the remaining allegations contained in the

13  corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

14  such allegations.

15    12.    To the extent that the allegations in the corresponding paragraph of the

16  Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

17  knowledge or information regarding the remaining allegations contained in the

18  corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

19  such allegations.

20    13.    LBBP denies that MOD has been damaged.  To the extent that the allegations

21  in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those

22  allegations.  LBBP lacks sufficient knowledge or information regarding the remaining

23  allegations contained in the corresponding paragraph of the Complaint to admit or deny,

24  and, on that basis, denies all such allegations.

25

26

27

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

## Count 3: Tortious Interference with Contractual Relations

14.     In response to the corresponding paragraph of the Complaint, LBBP hereby repeats and incorporates herein by reference the responses the preceding paragraphs, as though fully set forth herein.

15.     LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

16.     LBBP lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

17.     To the extent that the allegations in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

18.     LBBP denies that MOD has been damaged.  To the extent that the allegations in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

## Count 4: Breach of Contract

19.     In response to the corresponding paragraph of the Complaint, LBBP hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

20.     LBBP denies that it entered any contractual agreements with MOD.  LBBP lacks sufficient knowledge or information regarding the remaining allegations contained in

JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080    Facsimile: (310) 203-0567

1  the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

2  such allegations.

3       21.    To the extent that the allegations in the corresponding paragraph of the

4  Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

5  knowledge or information regarding the remaining allegations contained in the

6  corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

a8  such allegations.

8       22.    To the extent that the allegations in the corresponding paragraph of the

9  Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

10  knowledge or information regarding the remaining allegations contained in the

11  corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

12  such allegations.

13       23.    LBBP denies each and every allegation contained in the corresponding

14  paragraph of the Complaint.

15       24.    LBBP denies that MOD has been damaged.  To the extent that the allegations

16  in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those

17  allegations.  LBBP lacks sufficient knowledge or information regarding the remaining

18  allegations contained in the corresponding paragraph of the Complaint to admit or deny,

19  and, on that basis, denies all such allegations.

20                           **Count 5: Civil Conspiracy**

21       25.    In response to the corresponding paragraph of the Complaint, LBBP hereby

22  repeats and incorporates herein by reference the responses to the preceding paragraphs, as

23  though fully set forth herein.

24       26.    To the extent that the allegations in the corresponding paragraph of the

25  Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

26  knowledge or information regarding the remaining allegations contained in the

27

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 13
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

JMBM | Jeffer Mangels
Butler & Mitchell LLP

1   corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

2   such allegations.

3         27.    To the extent that the allegations in the corresponding paragraph of the

4   Complaint are directed to LBBP, LBBP denies those allegations.  LBBP lacks sufficient

5   knowledge or information regarding the remaining allegations contained in the

6   corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all

7   such allegations.

8         28.    LBBP denies that MOD has been damaged.  To the extent that the allegations

9   in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those

10  allegations.  LBBP lacks sufficient knowledge or information regarding the remaining

11  allegations contained in the corresponding paragraph of the Complaint to admit or deny,

12  and, on that basis, denies all such allegations.

13                 **Count 6: Permanent Injunctive Relief**

14        29.    In response to the corresponding paragraph of the Complaint, LBBP hereby

15  repeats and incorporates herein by reference the responses to the preceding paragraphs, as

16  though fully set forth herein.

17        30.    LBBP denies that MOD has been damaged.  To the extent that the allegations

18  in the corresponding paragraph of the Complaint are directed to LBBP, LBBP denies those

19  allegations.  LBBP lacks sufficient knowledge or information regarding the remaining

20  allegations contained in the corresponding paragraph of the Complaint to admit or deny,

21  and, on that basis, denies all such allegations.

22        31.    The allegations contained in the corresponding paragraph of the Complaint

23  are legal conclusions and require no response from LBBP.  To the extent a response is

24  required, LBBP denies the allegations contained in the corresponding paragraph of the

25  Complaint.

26        32.    The allegations contained in the corresponding paragraph of the Complaint

27  are legal conclusions and require no response from LBBP.  To the extent a response is

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 14
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

JMBM | Jeffer Mangels Butler & Mitchell LLP

1   required, LBBP denies the allegations contained in the corresponding paragraph of the

2   Complaint.

### V.  AFFIRMATIVE DEFENSES

4        In further answer to the Complaint, LBBP asserts the following separate and

5   affirmative defenses.  Defendant deserves the right to raise additional affirmative defenses

6   as they become known to it through discovery or investigation.

### FIRST AFFIRMATIVE DEFENSE

8        1.      LBBP cannot be liable for the damages, if any, alleged in the Complaint and

9   in each and every cause of action therein because each and every cause of action fails to

10  state a claim and/or cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

12       2.      LBBP alleges that each of MOD's purported claims for relief is frivolous and

13  unsupported.

### THIRD AFFIRMATIVE DEFENSE

15       3.      The Complaint, and each and every claim and cause of action alleged therein,

16  is barred by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

18       4.      All of MOD's purported causes of action against LBBP are barred by the

19  applicable statutes of limitations.

### FIFTH AFFIRMATIVE DEFENSE

21       5.      The Complaint, and each and every claim and cause of action alleged therein,

22  is barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

24       6.      The Complaint, and each and every claim and cause of action alleged therein,

25  is barred by the doctrine of unclean hands.

26

27

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 15
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

1      <u>SEVENTH AFFIRMATIVE DEFENSE</u>

2      7.      The Complaint, and each and every claim and cause of action alleged therein,

3      is barred by the doctrine of laches.

4      <u>EIGHTH AFFIRMATIVE DEFENSE</u>

5      8.      The Complaint, and each and every claim and cause of action alleged therein,

6      is barred by the doctrine of acquiescence.

7      <u>NINTH AFFIRMATIVE DEFENSE</u>

8      9.      MOD's alleged trade dress is not protectable trade dress, including, and

9      without limitation, because the alleged trade dress is non-distinctive, lacks secondary

10     meaning, lacks secondary meaning in the geographic area where the Pieology restaurants are

11     located, and/or is both utilitarian and aesthetically functional.

12     <u>TENTH AFFIRMATIVE DEFENSE</u>

13     10.     MOD's alleged trade secrets are not protectable trade secrets.

14     <u>ELEVENTH AFFIRMATIVE DEFENSE</u>

15     11.     Each of MOD's purported causes of action against LBBP fails because LBBP

16     has complied with all of its legal obligations with respect to MOD.

17     <u>TWELFTH AFFIRMATIVE DEFENSE</u>

18     12.     MOD has not been damaged in the sums or manner alleged, or in any sum or

19     manner, or at all.

20     <u>THIRTEENTH AFFIRMATIVE DEFENSE</u>

21     13.     Upon information and belief, LBBP states that MOD failed to mitigate,

22     reduce, or avoid its damages, if any.

23     <u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

24     14.     Any injury or damage suffered or sustained by MOD, either as alleged in the

25     Complaint or at all, was directly and proximately caused and contributed to by persons and

26     entities other than LBBP.

27

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 16
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

1

FIFTEENTH AFFIRMATIVE DEFENSE

2          15.     The Complaint, and each and every claim and cause of action alleged therein,

3   is barred because the Court lacks personal jurisdiction over LBBP.

SIXTEENTH AFFIRMATIVE DEFENSE

5          16.     The Complaint, and each and every claim and cause of action allege therein,

6   is barred because venue is improper in this Court.

SEVENTEENTH AFFIRMATIVE DEFENSE

8          17.     LBBP alleges that it cannot fully anticipate all affirmative defenses that may

9   be applicable to this action based upon the conclusory allegations contained in the

10  Complaint.  Accordingly, LBBP expressly reserves the right to assert further defenses if, and

11  to the extent that such affirmative defenses become available.

**VI.  PRAYER FOR RELIEF**

13          WHEREFORE, defendant LBBP prays for judgment as follows:

14          A.      That MOD take nothing by its Complaint and that judgment be entered in

15  favor of LBBP;

16          B.      That LBBP be awarded its costs and attorneys' fees incurred herein; and

17          C.      That the Court grant such other relief as it deems just and proper.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 17
CASE NO.: 12-CV-01359-TSZ

LA 10120649v1

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080    Facsimile: (310) 203-0567*

**VII. JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38 LBBP demands a trial by jury on all issues so triable.


DATED:  November 26, 2013

JEFFER MANGELS BUTLER & MITCHELL LLP
By: /s/  *JESSICA  BROMALL SPARKMAN*
Rod S. Berman (CA Bar No. 105444), admitted *pro hac vice*, rberman@jmbm.com
Jessica Bromall Sparkman (CA Bar No. 235017), admitted *pro hac vice*, jbromall@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA   90067
● Phone:  (310) 203-8080 ● Fax:  (310) 203-0567


By: /s/  *R. BROH LANDSMAN*
LANDSMAN & FLEMING LLP
R. Broh Landsman (WSBA #9321), broh@LF-law.com
1000 Second Avenue, Suite 3000
Seattle, WA  98104
● Phone:  (206) 624-7900 ● Fax: (206) 624-7903

*Attorneys for Defendants CARL CHANG, CMCB VENTURES, LLC, PIEOLOGY SPECTRUM, LLC, THE LITTLE BROWN BOX PIZZA, LLC, and PIEOLOGY FRANCHISE, LLC*

LBBP'S ANSWER TO SECOND AMENDED
COMPLAINT - PAGE 18
CASE NO.: 12-CV-01359-TSZ
LA 10120649v1

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*