THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MOD SUPER FAST PIZZA, LLC, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARL CHANG, et al.,<br><br>　　　　Defendants. | CASE NO. 2:12-CV-01359-TSZ<br><br>**PIEOLOGY SPECTRUM, LLC'S ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**JURY DEMAND** |

AND RELATED COUNTERCLAIM

Defendant Pieology Spectrum, LLC ("Spectrum"), for itself and for no other defendant, hereby submits its Answer to plaintiff MOD Super Fast Pizza, LLC's ("MOD") Second Amended Complaint (the "Complaint"). Unless indicated differently, each paragraph below corresponds with the paragraph of the Complaint bearing the same number. To the extent that the unnumbered paragraphs, captions, and/or headings in the Complaint are treated as allegations, such paragraphs, captions, and headings are hereby denied.

　　　　1.　　　　Spectrum admits that MOD purports to bring claims for trade dress infringement, misappropriation of trade secrets, and tortious interference with contractual

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 1
CASE NO.: 12-CV-01359-TSZ

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER
LA 10121392v1

relations, breach of contract, civil conspiracy, and permanent injunctive relief, but denies that MOD's claims have any merit.

2. Spectrum admits that Chang is a manager of a company that owns and operates pizza restaurants in Southern California under the name "Pieology Pizzeria." Spectrum admits that Pieology Pizzeria is not connected to, affiliated with, or authorized by MOD. Except as expressly admitted and alleged herein, Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

## I. PARTIES

1. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

2. Spectrum admits that Carl Chang is a resident of Southern California. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

3. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

4. Spectrum admits that Pieology Spectrum, LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Rancho Santa Margarita, California. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the complaint.

5. Spectrum admits that The Little Brown Box, LLC ("LBBP") is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Rancho Santa Margarita, California. Spectrum admits that it is wholly-owned by LBBP. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 2
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER
LA 10121392v1

6.  Spectrum admits that Pieology Franchise, LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Rancho Santa Margarita, California.  Spectrum admits that Pieology Franchise, LLC is wholly-owned by Spectrum, which is its sole member.  Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

## II. JURISDICTION AND VENUE

1.  The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from Spectrum. To the extent a response is required, Spectrum admits that this Court has subject matter jurisdiction over the claims alleged in the Complaint.

2.  The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from Spectrum. To the extent a response is required, Spectrum denies that venue is proper in this judicial district.

3.  The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from Spectrum. To the extent a response is required, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

## III. FACTS

### CREATION AND DEVELOPMENT OF MOD'S TRADE DRESS AND TRADE SECRETS.

1.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

2.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 3
CASE NO.: 12-CV-01359-TSZ

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER
LA 10121392v1

3.     Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

4.     Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

5.     Spectrum denies that MOD restaurants feature a distinctive, non-functional combination of design, look, feel, menu, and style of service. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

6.     Spectrum denies that MOD owns any protectable trade dress. Spectrum denies that MOD uses a distinctive, non-functional combination of features. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

7.     Spectrum admits that the articles quoted in the corresponding paragraph of the Complaint in all respects speak for themselves. Spectrum denies that MOD owns any protectable trade dress. Spectrum denies that the "recognition and popularity of the MOD trade dress is evident" from the articles quoted in the corresponding paragraph of the Complaint. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

8.     Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 4
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

1  9.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

**DEFENDANTS' BACKGROUND WITH MOD**

10.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

11.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

12.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

13.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

14.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

15.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

16.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 5
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

1  17.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

18.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

19.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

20.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

21.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

## DEFENDANTS' UNLAWFUL ACTIVITIES

22.  Spectrum admits that Pieology Spectrum, LLC was formed in March 2010. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

23.  Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

24.  Spectrum admits that Pieology Pizzeria in Fullerton, California opened in 2011. Spectrum denies utilizing, relying on, sharing, taking advantage of, exploiting, or communicating to third parties any confidential information or trade secrets belonging to MOD.  Spectrum lacks sufficient knowledge or information regarding the allegations

PIEOLOGY SPECTRUM'S ANSWER TO SECOND AMENDED COMPLAINT - 6
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

25. Spectrum admits that James Markham is not a member of Pieology Spectrum, LLC, and that has no ownership interest or professional role with Pieology Pizzeria. Spectrum admits that Carl Chang has an indirect ownership interest in Pieology Spectrum, LLC, and Pieology Pizzeria, and that he is involved in the operation of the same. Spectrum denies that it is engaging in the "unauthorized exploitation of MOD's intellectual property, including its trade dress, trade secrets, [or] confidential information." Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

26. Spectrum admits that the Pieology website states that, inter alia, "Pieology prides itself on providing the best tasting, healthiest kustom pizza in the world. Using only the freshest ingredients, Pieology provides smoking hot pizzas in under 5 minutes." Spectrum further admits that the Pieology website in all respects speaks for itself.

27. Spectrum denies that Pieology's design, look, feel, menu, and/or style of service are confusingly similar to MOD's restaurants.

   a. Spectrum admits that Pieology offers individualized pizzas, made to order, cooked at a temperature sufficient to cook a pizza in approximately five minutes, in ovens visible to the customer, and served within approximately five minutes. Spectrum lacks sufficient knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and, on that basis, denies those allegations. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

   b. Spectrum admits that Pieology offers plain cheese pizza at one price, and that it offers pizzas with unlimited toppings at a second price. Spectrum lacks sufficient

PIEOLOGY SPECTRUM'S ANSWER TO SECOND AMENDED COMPLAINT - 7
CASE NO.: 12-CV-01359-TSZ

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and, on that basis, denies those allegations.

   c. Spectrum admits Pieology offers seven pizzas with pre-determined toppings, that it identifies these pizzas by number, and that six of these pizzas are the same price as pizza with unlimited toppings. Spectrum admits that the Pieology's #3 pizza has bbq sauce, chicken, mozzarella, gorgonzola, red onion, and cilantro. Spectrum lacks sufficient knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and, on that basis, denies those allegations. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

   d. Spectrum admits that Pieology offers "strips" made from pizza dough and topped with either herb butter or a cinnamon sugar sauce. Spectrum lacks sufficient knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and, on that basis, denies those allegations. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

   e. Spectrum admits that Pieology offers salads. Spectrum lacks sufficient knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and, on that basis, denies those allegations.

   f. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

   g. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

   h. Spectrum admits that, at one time, Pieology sold individually wrapped Hostess "Ding Dongs" for $1.00. Spectrum admits that Pieology displayed the Ding Dongs on a circular place near the cash register. Spectrum lacks sufficient knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 8
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER
LA 10121392v1

restaurants, and, on that basis, denies those allegations. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph.

    i. Spectrum admits that Pieology serves its pizzas on a round tray lined with paper with the customer's name written in black marker, and that a server shouts the customer's name when an order is ready. Spectrum lacks sufficient knowledge or information about MOD's restaurants to admit or deny the allegations regarding MOD's restaurants, and, on that basis, denies those allegations. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

    j. Spectrum lacks sufficient knowledge or information about the allegations in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

  28. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

  29. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

  30. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

  31. Spectrum admits that the Pieology website states that it is "fast expanding." Spectrum admits that it is pursuing opportunities for additional locations and potential franchise opportunities, and further admits that Franchise has entered into franchise agreements and development rights agreements on behalf of Defendants.  Spectrum admits that Franchise was formed in 2012, and further admits that Franchise receives franchise fees

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 9
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

and royalties from franchisees. Except as expressly admitted and alleged herein, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

## IV. CLAIMS AND CAUSES OF ACTION

### Count 1: Trade Dress Infringement Under 15 U.S.C. § 1125(a)

1. In response to the corresponding paragraph of the Complaint, Spectrum hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

2. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

3. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

4. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

5. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

6. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

### Count 2: Misappropriation of Trade Secrets Under RCW 19.108 et seq.

7. In response to the corresponding paragraph of the Complaint, Spectrum hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 10
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER
LA 10121392v1

8. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

9. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

10. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

11. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

12. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

13. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

PIEOLOGY SPECTRUM'S ANSWER TO SECOND AMENDED COMPLAINT - 11
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON RECYCLED PAPER
LA 10121392v1

**Count 3: Tortious Interference with Contractual Relations**

14. In response to the corresponding paragraph of the Complaint, Spectrum hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

15. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

16. Spectrum lacks sufficient knowledge or information regarding the allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

17. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

18. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

**Count 4: Breach of Contract**

19. In response to the corresponding paragraph of the Complaint, Spectrum hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

20. Spectrum denies that it entered any contractual agreements with MOD. Spectrum lacks sufficient knowledge or information regarding the remaining allegations

PIEOLOGY SPECTRUM'S ANSWER TO SECOND AMENDED COMPLAINT - 12
CASE NO.: 12-CV-01359-TSZ

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

21. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

22. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

23. Spectrum denies each and every allegation contained in the corresponding paragraph of the Complaint.

24. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

### Count 5: Civil Conspiracy

25. In response to the corresponding paragraph of the Complaint, Spectrum hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

26. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 13
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

PRINTED ON
RECYCLED PAPER
LA 10121392v1

corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

27. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

28. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

### **Count 6: Permanent Injunctive Relief**

29. In response to the corresponding paragraph of the Complaint, Spectrum hereby repeats and incorporates herein by reference the responses to the preceding paragraphs, as though fully set forth herein.

30. Spectrum denies that MOD has been damaged. To the extent that allegations in the corresponding paragraph of the Complaint are directed to Spectrum, Spectrum denies those allegations. Spectrum lacks sufficient knowledge or information regarding the remaining allegations contained in the corresponding paragraph of the Complaint to admit or deny, and, on that basis, denies all such allegations.

31. The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from Spectrum. To the extent a response is required, Spectrum denies the allegations contained in the corresponding paragraph of the Complaint.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 14
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

32.     The allegations contained in the corresponding paragraph of the Complaint are legal conclusions and require no response from Spectrum. To the extent a response is required, Spectrum denies the allegations contained in Paragraph 73 of the Complaint.

## V. AFFIRMATIVE DEFENSES

In further answer to the Complaint, Spectrum asserts the following separate and affirmative defenses. Defendant deserves the right to raise additional affirmative defenses as they become known to it through discovery or investigation.

### FIRST AFFIRMATIVE DEFENSE

1.     Spectrum cannot be liable for the damages, if any, alleged in the Complaint and in each and every cause of action therein because each and every cause of action fails to state a claim and/or cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2.     Spectrum alleges that each of MOD's purported claims for relief against Spectrum is frivolous and unsupported.

### THIRD AFFIRMATIVE DEFENSE

3.     The Complaint, and each and every claim and cause of action alleged therein, is barred by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

4.     All of MOD's purported causes of action against Spectrum are barred by the applicable statutes of limitations.

### FIFTH AFFIRMATIVE DEFENSE

5.     The Complaint, and each and every claim and cause of action alleged therein, is barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

6.     The Complaint, and each and every claim and cause of action alleged therein, is barred by the doctrine of unclean hands.

PIEOLOGY SPECTRUM'S ANSWER TO SECOND AMENDED COMPLAINT - 15
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

## SEVENTH AFFIRMATIVE DEFENSE

7. The Complaint, and each and every claim and cause of action alleged therein, is barred by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

8. The Complaint, and each and every claim and cause of action alleged therein, is barred by the doctrine of acquiescence.

## NINTH AFFIRMATIVE DEFENSE

9. MOD's alleged trade dress is not protectable trade dress, including, and without limitation, because the alleged trade dress is non-distinctive, lacks secondary meaning, lacks secondary meaning in the geographic area where the Pieology restaurants are located, and/or is both utilitarian and aesthetically functional.

## TENTH AFFIRMATIVE DEFENSE

10. MOD's alleged trade secrets are not protectable trade secrets.

## ELEVENTH AFFIRMATIVE DEFENSE

11. Each of MOD's purported causes of action against Spectrum fails because Spectrum has complied with all of its legal obligations with respect to MOD.

## TWELFTH AFFIRMATIVE DEFENSE

12. MOD has not been damaged in the sums or manner alleged, or in any sum or manner, or at all.

## THIRTEENTH AFFIRMATIVE DEFENSE

13. Upon information and belief, Spectrum states that MOD failed to mitigate, reduce, or avoid its damages, if any.

## FOURTEENTH AFFIRMATIVE DEFENSE

14. Any injury or damage suffered or sustained by MOD, either as alleged in the Complaint or at all, was directly and proximately caused and contributed to by persons and entities other than Spectrum.

PIEOLOGY SPECTRUM'S ANSWER TO
SECOND AMENDED COMPLAINT - 16
CASE NO.: 12-CV-01359-TSZ

**JEFFER MANGELS BUTLER & MITCHELL LLP**
*1900 Avenue of the Stars, 7th Floor*
*Los Angeles, California 90067*
*Telephone: (310) 203-8080   Facsimile: (310) 203-0567*

## FIFTEENTH AFFIRMATIVE DEFENSE

15. Spectrum alleges that it cannot fully anticipate all affirmative defenses that may be applicable to this action based upon the conclusory allegations contained in the Complaint. Accordingly, Spectrum expressly reserves the right to assert further defenses if, and to the extent that such affirmative defenses become available.

## VI. PRAYER FOR RELIEF

WHEREFORE, defendant Spectrum prays for judgment as follows:

A. That MOD take nothing by its Complaint and that judgment be entered in favor of Spectrum;

B. That Spectrum be awarded its costs and attorneys' fees incurred herein; and

C. That the Court grant such other relief as it deems just and proper.

## VII. JURY DEMAND

Pursuant to Fed. R. Civ. P. 38 Spectrum demands a trial by jury on all issues so triable.

DATED: November 26, 2013

JEFFER MANGELS BUTLER & MITCHELL LLP
By: /s/ *JESSICA BROMALL SPARKMAN*
Rod S. Berman (CA Bar No. 105444), admitted *pro hac vice*, rberman@jmbm.com
Jessica Bromall Sparkman (CA Bar No. 235017), admitted *pro hac vice*, jbromall@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
● Phone: (310) 203-8080 ● Fax: (310) 203-0567

By: /s/ *R. BROH LANDSMAN*
LANDSMAN & FLEMING LLP
R. Broh Landsman (WSBA #9321), broh@LF-law.com
1000 Second Avenue, Suite 3000, Seattle, WA  98104
● Phone: (206) 624-7900 ● Fax: (206) 624-7903
*Attorneys for Defendants CARL CHANG, CMCB VENTURES, LLC, PIEOLOGY SPECTRUM, LLC, THE LITTLE BROWN BOX PIZZA, LLC,* and *PIEOLOGY FRANCHISE, LLC*

PIEOLOGY SPECTRUM'S ANSWER TO SECOND AMENDED COMPLAINT - 17
CASE NO.: 12-CV-01359-TSZ

JEFFER MANGELS BUTLER & MITCHELL LLP
*1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067*
Telephone: (310) 203-8080   Facsimile: (310) 203-0567

PRINTED ON
RECYCLED PAPER
LA 10121392v1